Misc. No. 13–8013/AF. Barry R. Nixon, Petitioner v. The United States, and The United States Air Force Court of Criminal Appeals, Respondents. On consideration of Petitioner's motion to withdraw the pending petition for extraordinary relief in the nature of a writ of mandamus it is ordered that said motion is hereby granted.

Misc. No. 13–8015/AF. In re Dennis D. Keller, Petitioner. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus was filed under Rule 27(a) on this date.

No. 13–5001/AR. United States, Appellee v. Nicholas R. Schell. CCA 20110264. Appellant/Cross–Appellee's motion to dispense with requirement for the joint appendix is hereby granted.